IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DALLAS



| | |
|---|---|
| MICHAEL MARGOLIES, and <br> The MARGOLIES FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> DARWIN DEASON, <br> DOUGLAS R. DEASON, and <br> DAVID L. NEELY, <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 03-CV0572-P |

## DEFENDANTS DARWIN AND DOUGLAS R. DEASON'S
## DESIGNATION OF EXPERT WITNESSES

COME NOW Darwin Deason and Douglas R. Deason ("Defendants"), Defendants in the above-numbered and styled cause, and file and serve Defendants Darwin and Douglas R. Deason's Designation of Expert Witnesses, pursuant to the Court's Scheduling Order filed on February 13, 2004, and the Federal Rules of Civil Procedure. As such, Defendants designate the following expert witnesses:

> Steve Sumner
> David Pace
> 3838 Oak Lawn Avenue, Suite 400
> Dallas, Texas 75219
> Tel: 214/965-9229

> Lanny E. Perkins
> 3838 Oak Lawn Avenue, Suite 400
> Dallas, Texas 75219
> Tel: 214/965-9229

As these experts are not retained or specifically employed to provide expert testimony in this case, no report is provided with this designation. These expert witnesses, however, will testify as to reasonable and necessary attorneys fees in this case, should the Court or jury award attorneys fees.

Respectfully Submitted,

**SUMNER, SCHICK & HAMILTON**

By: _____

Steve Sumner
Texas State Bar No. 19508500
Rebecca Hamilton
Texas State Bar No. 08837050
Jerrod L. Davis
Texas State Bar No. 00798133
3838 Oak Lawn Avenue, Suite 400
Dallas, Texas 75219
    Tel.:  214/965-9229
    Fax:  214/965-9215

**COUNSEL FOR DEFENDANTS, DARWIN DEASON AND DOUGLAS R. DEASON**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record by on the ___15___ day of November, 2004.

_____
Jerrod L. Davis