IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL MARGOLIES and <br> THE MARGOLIES FAMILY TRUST <br><br> Plaintiffs, <br><br> v. <br><br> DARWIN DEASON, DOUGLAS R. DEASON, and DAVID L. NEELY, <br><br> Defendants. | § § § § § § § § § § § § | No. 3:03-CV-572-P |

## ORDER

Now before the Court is Defendants' Motion to Reinstate Counterclaims, filed March 26, 2007. The Court finds it appropriate to expedite the briefing of Defendants' Motion. Accordingly, it is ORDERED that the following deadlines shall apply: Plaintiffs' Response is due on or before April 2, 2007, and Defendants' Reply, if necessary, is due on or before April 9, 2007.

**It is so ordered.**

Signed this 26th day of March 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE