IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL MARGOLIES and | § | |
| THE MARGOLIES FAMILY TRUST, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:03-CV-0572-P |
| | § | |
| DARWIN DEASON, DOUGLAS R. | § | |
| DEASON and DAVID L. NEELY, | § | |
| | § | |
| Defendants. | § | |

## ORDER REOPENING CASE

Pursuant to the Opinion of the U.S. Court of Appeals for the Fifth Circuit filed September 12, 2006, and the Mandate issued on October 3, 2006, the Court has determined that this case is **REOPENED** for further proceedings.

**IT IS SO ORDERED.**

Signed this 18th day of May 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE